UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELMER RAFAEL VICENTE-VICENTE,

    Defendant.
_____/

Case No. 1:19-cr-83

Hon. Paul L. Maloney

## ORDER OF DETENTION

Defendant appeared with counsel this date for a detention hearing and waived his detention hearing in open court with his attorney present.

Accordingly, pending trial in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated: April 17, 2019

/s/ Ray Kent
United States Magistrate Judge